FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

APR 1 3 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| ANITA YOUNG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-19-CV-619-JKP |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: The Court GRANTS the United States of America's Motion to Dismiss. This action is DISMISSED WITHOUT PREJUDICE. the Clerk shall enter this Judgment and CLOSE THIS CASE.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Jason Pulliam.


Date: 04/13/2020

*CLERK OF COURT*

_____
Wayne Garcia, U.S. Deputy Clerk
*Signature of Clerk or Deputy Clerk*